## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

DARLENE BAUMANN, individually and on behalf of a class of all persons and entities similarly situated,

       Plaintiff,

v.

GOHEALTH, LLC,

       Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION FILE NO. 1:21-cv-04497

_____/

## STIPULATION OF DISMISSAL

NOW COMES Darlene Baumann, by and through her respective attorneys, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses all of her claims against GoHealth, LLC with prejudice.

Dated: December 16, 2021

_s/ Anthony I. Paronich_____

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

PLAINTIFF

_s/ Seth H. Corthell_____

Martin W. Jaszczuk
Seth H. Corthell
JASZCZUK P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
scorthell@jaszczuk.com

*Counsel for Defendant GoHealth, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

<u>/s/ Anthony I. Paronich</u>
Anthony I. Paronich