# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darlene Baumann
                              Plaintiff,

v.                                              Case No.: 1:21–cv–04497
                                                Honorable Ronald A. Guzman

GoHealth, LLC., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 16, 2021:

MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff has filed stipulations to dismiss with prejudice the claims against GoHealth, LLC and Waverly Consulting Group Inc. Plaintiff has filed a stipulation to dismiss without prejudice the putative class claims. Plaintiff having dismissed all claims against all parties, the case is terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.